IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 3:18-CR-52-DPJ-LGI

ANGELA MARIE RAMIREZ

**MOTION FOR LEAVE OF COURT TO DISMISS
THE INDICTMENT AND CASE**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Mississippi, by and through his undersigned Assistant, hereby moves for Leave of Court to dismiss without prejudice the Indictment and case in Criminal No. 3:18-CR-52-DPJ-LGI against the defendant ANGELA MARIE RAMIREZ, the defendant having pleaded guilty and having been sentenced to an information in Criminal No. 3:21-CR-50-DPJ-LGI.

Dated: August 17, 2021

                                           Respectfully submitted,

                                           DARREN J. LAMARCA
                                           Acting United States Attorney

By:       *s/Erin O. Chalk*
            ERIN O. CHALK
            Assistant United States Attorney
            501 East Court Street, Suite 4.430
            Jackson, Mississippi 39201
            Telephone No.: 601.965.4480
            Facsimile No.: 601.965.4409
            Mississippi Bar No.: 101721

**Certificate of Service**

I, Erin O. Chalk, do hereby certify that I have this day filed a copy of the foregoing Motion for Leave of Court to Dismiss the Indictment and Case by filing said document with the Court's electronic filing system ECF, which sent notification to parties of record.

Respectfully submitted on this the 17th day of August 2021.

                                           *s/Erin O. Chalk*
                                           Erin O. Chalk
                                           Assistant United States Attorney